IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Peter | Case Number: 07 B 16590 |
|---|---|---|
| | Williams, Brenda | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 9/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 22, 2008
Confirmed: December 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,009.00 | |
| Secured: | | 7,860.51 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,500.00 |
| Trustee Fee: | | 648.49 |
| Other Funds: | | 0.00 |
| Totals: | 12,009.00 | 12,009.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 3,500.00 |
| 2. | TCF Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | TCF Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | US Bank Home Mortgage | Secured | 160,216.03 | 7,860.51 |
| 6. | Illinois Dept of Revenue | Priority | 2,140.42 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 561.08 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 364.53 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 4,511.03 | 0.00 |
| 10. | City of Calumet City | Unsecured | 408.38 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 359.55 | 0.00 |
| 12. | Nicor Gas | Unsecured | 103.35 | 0.00 |
| 13. | Citizens Bank | Unsecured | 645.83 | 0.00 |
| 14. | City of Calumet City | Secured | | No Claim Filed |
| 15. | Internal Revenue Service | Priority | | No Claim Filed |
| 16. | AAC | Unsecured | | No Claim Filed |
| 17. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 18. | Hollywood Video | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Illinois Indiana EMI Med Serv | Unsecured | | No Claim Filed |
| 21. | Illinois Indiana EMI Med Serv | Unsecured | | No Claim Filed |
| | | | $ 172,810.20 | $ 11,360.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Peter | Case Number:  07 B 16590 |
| Williams, Brenda | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  9/12/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 648.49 |
| | _____ |
| | $ 648.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

